IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DONNA CURRY,

    Plaintiff,

v.                                  CASE NO. 1:08-cv-00008-MP-AK

HIGH SPRINGS FAMILY PRACTICE
CLINIC AND DIAGNOSIS CENTER INC,
JORGE M PRIETO-BECERRA,

    Defendants / Third Party Plaintiffs,

DR. RODRIGO QUINTANA,

    Third Party Defendant.
_____/

**O R D E R**

This matter is before the Court on Docs. 34 and 46, Second and Third Motion to Amend/Correct and also Doc. 41, the Joint Report of the Rule 26(f) Planning Meeting. The motion to amend at Doc. 46 is granted, the motion to amend at Doc. 34 is denied as moot, and the Joint Report is adopted. The Clerk is directed to set the appropriate deadlines based on the Joint Report.

**DONE AND ORDERED** this  *8th*  day of August, 2008

                    *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge